# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN HAYAMS,**

                          **Plaintiff,**

**-vs-**                                                **Case No.  6:08-cv-13-Orl-22DAB**

**U.S. CENTRAL FLORIDA
CONTRACTORS, INC. and ESMELIN
MENDOZA,**

                          **Defendants.**
_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO DIRECT DEFENDANT, U.S. CENTRAL FLORIDA CONTRACTORS, INC. TO OBTAIN COUNSEL AND "DIRECTING ALL DEFENDANTS TO FILE AN ANSWER" (Doc. No. 17)** |
| **FILED:** | **July 21, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED as unnecessary**.

    The docket clearly and accurately indicates that the only Answer on file is from Defendant

Esmelin Mendoza. Doc. No. 10.  It is not possible for Mr. Mendoza to represent Defendant U.S.

Central Florida Contractors, Inc. in defending the claims against it because he is not an attorney.

Under the Local Rules, "No person shall be permitted to appear or be heard as counsel for another in

any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule."  Local

Rule 2.01(a), United States District Court for the Middle District of Florida.

The corporation must be represented by counsel admitted to practice before this Court; thus, the Answer (Doc. No. 10) as filed by Mr. Mendoza *pro se* represents his individual response and does not address the corporation's. Plaintiff is free to move for default as counsel deems appropriate.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties