**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BENJAMIN HAYAMS,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:08-cv-13-Orl-22DAB**

**U.S. CENTRAL FLORIDA**
**CONTRACTORS, INC. and ESMELIN**
**MENDOZA,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendant, U.S. Central Florida Contractors, Inc. (Doc. No. 25) filed on October 28, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed December 1, 2008 (Doc. No. 26) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment Against Defendant, U.S. Central Florida Contractors, Inc. (Doc. No. 25) is GRANTED.

3. The Clerk is directed to enter a final judgment providing that Plaintiff, Benjamin Hayams, recover of the Defendants U.S. Central Florida Contractors, Inc. and Esmelin Mendoza, jointly and severally, the amount of $947.70 in damages, $1,689.00 in attorney's fees, and $467.50 in costs, for a total due of **$3,104.20**.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 18, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge